IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE CRIMINAL COMPLAINT | ) | Misc. No. 1:08MJ44A |
| | ) | |
| | ) | |
| | ) | |

**MOTION TO SEAL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Milind M. Shah, Assistant United States Attorney, and moves that this Motion to Seal and the attached documents be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney

SO ORDERED:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
DATE: 3/20/08