UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. 1:08MJ44A

DANIEL TEJEDA

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ORDERED that the Federal Public Defender be appointed to represent said defendant in this cause until further order of the Court.

By Order

/s/ Jeannine Noel
Deputy Clerk
April 2, 2008

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
U.S. Magistrate Judge