AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

____________ DISTRICT OF ____________

UNITED STATES OF AMERICA

V.

Daniel Tejeda

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:08MJ44A

**I, Daniel Tejeda, charged in a (complaint) (petition) pending in this District with ID Fraud in violation of Title 18, U.S.C., 1028,**

**and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).**

____________
*Defendant*

4-2-8
*Date*

____________
*Counsel for Defendant*