14 71094

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

DANIEL TEJEDA

## WARRANT FOR ARREST

Case Number: 1:08MJ44A

RECEIVED
U.S. MARSHALS SERVICE
MAR 20 2008
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Daniel Tejeda

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

two counts of identity theft

in violation of Title 18 United States Code, Section(s) 1028(a)(6) & (a)(7)

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

3/20/08 PROVIDENCE, RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
TF Green Airport
Warwick, RI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Special Agent Caroline O'Brien Buster | [signature] |
| DATE OF ARREST 4-2-08 | | |