IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

DANIEL TEJEDA

Criminal Number 8-MJ-0044-LDA

MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

The United States moves to exclude the 30 day period of time beginning on April 2, 2008 and extending through May 2, 2008 from the thirty day period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b). As grounds for this motion, the United States states as follows:

1. Counsel for the United States and for Defendant are engaged in plea negotiations that may lead to agreement on prosecution by way of an information, thereby conserving judicial resources.

2. Counsel for the United States wishes to provide Defendant's counsel with certain discovery materials and a proposed plea agreement in order to facilitate plea negotiations, and counsel for Defendant will require time to review these materials with Defendant.

3. Defendant's counsel has no objection to excluding the aforementioned 30 days period of time from the period of time within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b).

The United States submits that the ends of justice will be served by excluding the aforementioned time period and that such ends of justice outweigh both the interest of Defendant and the interest of the public in a speedy indictment and/or trial.

Respectfully submitted,
ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY
/s/ Milind M. Shah
Milind M. Shah
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000, 401-709-5001 (fax)

CERTIFICATION OF SERVICE

On this 29th day of April 2008, I caused the within Motion to Exclude Time Under the Speedy Trial Act to be filed electronically and it is available for viewing and downloading from the ECF system and its proposed order was emailed to the United States District Court.

Electronic notification:

Kevin Fitzgerald, Esquire
Federal Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ Milind M. Shah
Milind M. Shah
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000, 401-709-5001 (fax)
Email milind.shah@usdoj.gov