IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL TEJEDA | Criminal Number 8-MJ-0044-LDA |

ORDER

The United States having moved this Court for an Order excluding the 30 day period of time beginning on April 2, 2008 and extending through May 2, 2008 from the thirty day period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b), and upon consideration thereof;

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the aforementioned time period outweigh the interest of the public and Defendant in a speedy indictment and trial, for the following reasons:

1. Plea negotiations currently are in progress and counsel for the Government wishes to provide copies of discovery material and a proposed plea agreement to counsel for Defendant in order to facilitate the plea negotiations.

2. The filing of a plea agreement would likely result in a prompt resolution of the matter thereby eliminating the need for further pre-trial and trial proceedings, and thereby conserving judicial resources.

WHEREFORE, it is on this day ORDERED that the 30 day period of time beginning on April 2, 2008 and extending through May 2, 2008 is excluded from the thirty day period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b)

BY ORDER:

DEPUTY CLERK

ENTERED:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Dated: April 29, 2008