IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL TEJEDA | Criminal Number 8-MJ-0044-LDA |

SECOND MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

The United States moves to exclude the period of time beginning on May 3, 2008 through July 11, 2008 from the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b). As grounds for this motion, the United States states as follows:

1. Counsel for the United States and for Defendant are engaged in plea negotiations that may lead to agreement on prosecution by way of an information, thereby conserving judicial resources.

2. Defendant's counsel has no objection to excluding the aforementioned period of time from the period of time within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b).

The United States submits that the ends of justice will be served by excluding the aforementioned time period and that such ends of justice outweigh both the interest of Defendant and the interest of the public in a speedy indictment and/or trial.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah

MILIND M. SHAH
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000, 401-709-5001 (fax)
milind.shah@usdoj.gov

CERTIFICATION

I hereby certify that on this 19th day of June 2008, I electronically filed the above Motion and submitted a proposed order to the Court and thereby served Defendant's counsel, Kevin Fitzgerald, Esquire.

/s/ Milind M. Shah

MILIND M. SHAH
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000, 401-709-5001 (fax)
milind.shah@usdoj.gov