IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL TEJEDA | Criminal Number 8-MJ-0044-LDA |

ORDER

The United States having moved this Court for an Order excluding the period of time beginning on May 3, 2008 and extending through July 11, 2008 from the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b), and upon consideration thereof;

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the aforementioned time period outweigh the interest of the public and Defendant in a speedy indictment and trial, for the following reasons:

1. Plea negotiations currently are in progress, and Defendant's counsel has no objection to the exclusion of the aforementioned period of time.

2. The filing of a plea agreement would likely result in a prompt resolution of the matter thereby eliminating the need for further pre-trial and trial proceedings, and thereby conserving judicial resources.

WHEREFORE, it is on this day ORDERED that the period of time beginning on May 3, 2008 and extending through July 11, 2008 is excluded from the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b)

____________________________
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF RHODE ISLAND

Dated: June 19, 2008