# EXHIBIT A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL TEJEDA | Criminal Number ____________________<br><br>In Violation of 18 U.S.C. § 1029(a)(2) |

**INFORMATION**

The United States Attorney charges:

From on or about March 1, 2006 up to and including on or about April 1, 2006, in the District of Rhode Island, Defendant Daniel Tejeda did knowingly and with intent to defraud use an unauthorized access device – a social security number that belonged to another person – to obtain money, goods, and services with an aggregate value of or about $5,699.54 in a manner affecting interstate commerce and in violation of 18 U.S.C §1029(a)(2).

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
Milind Shah
Assistant U.S. Attorney

______________________
Stephen G. Dambruch
Chief, Criminal Division

DATE: 6/27/08