O AO 455 (Rev. 5/85) Waiver of Indictment

U.S. DISTRICT COURT DISTRICT OF R.I.
JUN 27 2008
RECEIVED

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
DANIEL TEJEDA

WAIVER OF INDICTMENT

CR 08 59 ML

CASE NUMBER:

I, Daniel Tejeda, the above named defendant, who is accused of fraud and related activity in connection with access devices, in violation of 18 U.S.C. Section 1029(a)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-9-8 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant DANIEL TEJEDA

Counsel for Defendant KEVIN J. FITZGERALD

Before ____________________
Judicial Officer

USMJ